U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                Case Number: 08 CV 831
SHARON K. PAGEL,

V.
SUNRISE SENIOR LIVING, INC., ET AL

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SUNRISE SENIOR LIVING, INC., ET AL

| NAME (Type or print) |
| --- |
| ROBERT E. SIDKEY |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ ROBERT E. SIDKEY |

| FIRM |
| --- |
| PRETZEL & STOUFFER, CHARTERED |

| STREET ADDRESS |
| --- |
| ONE SOUTH WACKER DRIVE, SUITE 2500 |

| CITY/STATE/ZIP |
| --- |
| CHICAGO, ILLINOIS 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6271444 | (312) 578-7489 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

A copy of the **Defendants', Appearance** was filed electronically this **11th day of February, 2008**. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

**ATTORNEY FOR PLAINTIFF**
Derek T. Allen, Esq.
Law Offices of Steven J. Malman & Associates, P.C.
205 W. Randolph Street
Suite 1040
Chicago, Illinois 60606
Telephone: (312) 629-0099
Fax: (312) 629-1188
E-Mail: malmanlaw@yahoo.com

                                                 /s/Robert E. Sidkey
                                         Robert E. Sidkey (Illinois Bar No. 6271444)
                                         Pretzel & Stouffer, Chartered
                                         One South Wacker Drive-Suite 2500
                                         Chicago, Illinois 60606
                                         Telephone: (312) 578-7489
                                         Fax: (312) 346-8242
                                         E-Mail: rsidkey@pretzel-stouffer.com
                                         Attorneys for Defendant