263-063505                          TED/sxf
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

SHARON K. PAGEL,                        )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )
                                        )
SUNRISE SENIOR LIVING, INC., a Delaware )
Corporation; SUNRISE LINCOLN PARK       )
 ASSISTED LIVING, LLC, an Illinois Limited )
Liability Company; SUNRISE SENIOR LIVING )    No. 08 CV 831
SERVICES, INC., a Delaware Corporation;  )
SUNRISE SENIOR LIVING MANAGEMENT,        )    Judge Der Yeghiayan
INC., a Virginia Corporation; SUNRISE SENIOR )  Magistrate Judge Cox
LIVING INVESTMENTS, INC., a Virginia     )
Corporation; SUNRISE THIRD SENIOR LIVING )
HOLDINGS, LLC, a Delaware Limited Liability )  JURY TRIAL DEMANDED
Company; SUNRISE ASSISTED LIVING , INC., )
 a Corporation; and UNKNOWN AGENTS,      )
SERVANTS AND/OR EMPLOYEES                )
OF THE ABOVE-NAMED DEFENDANTS            )
                                         )
            Defendants.                  )

                    **JOINT JURISDICTIONAL STATUS REPORT**

        The parties herein, by their respective counsel, submit this Joint Jurisdictional Status Report,

as follows:

                        **I. Subject Matter Jurisdiction**

        Plaintiff, SHARON K. PAGEL, brings this nursing home neglect complaint against

Defendants, SUNRISE SENIOR LIVING, INC., *et al*. Plaintiff alleges that events that occurred on

and before December 25, 2005 and in January of 2007 gave rise to the Complaint, which Plaintiff

filed in the Circuit Court of Cook County, Illinois, on December 20, 2007. The Defendants removed

this action to the United States District Court for the Northern District of Illinois, Eastern Division,

pursuant to diversity jurisdiction under 28 U.S.C. § 1332. There is diversity of citizenship among the parties and the amount in controversy exceeds the jurisdictional limits of $75,000.00.

The Plaintiff, SHARON K. PAGEL, has been a citizen of Illinois since 2004.    See **Plaintiff's Affidavit.**

The Defendants are not a citizens of Illinois. The Defendant, SUNRISE SENIOR LIVING, INC., is a corporation organized and existing under the laws of the State of Delaware and has been since 2003. SUNRISE SENIOR LIVING, INC. was originally organized under the name Sunrise Assisted Living, Inc. Plaintiff has incorrectly named Sunrise Assisted Living, Inc., as a separate defendant because it is no longer a valid or existing entity, and has not been since 2003. SUNRISE SENIOR LIVING, INC., has maintained its principal place of business in the State of Virginia since 2003. See **Exhibit A**.

The Defendant, SUNRISE LINCOLN PARK ASSISTED LIVING, LLC, was an Illinois Limited Liability Company.    It dissolved on 3/23/2007, prior to the filing of the Complaint. **Exhibit B**. Its sole member was SUNRISE SENIOR LIVING INVESTMENTS, INC. SUNRISE SENIOR LIVING INVESTMENTS, INC. is a corporation organized and existing under the laws of the State of Virginia, and has been since 2004. SUNRISE SENIOR LIVING INVESTMENTS, INC. has maintained its principal place of business in Virginia since 2004. See **Exhibit C**.

The Defendant, SUNRISE SENIOR LIVING SERVICES, INC., is a corporation organized and existing under the laws of the State of Virginia and has been since 2004. SUNRISE SENIOR LIVING SERVICES, INC., has maintained its principal place of business in the State of Virginia since its 2004. See **Exhibit D**.

The Defendant, SUNRISE SENIOR LIVING MANAGEMENT, INC., is a corporation organized and existing under the laws of the State of Virginia, and has been since 2003. SUNRISE

SENIOR LIVING MANAGEMENT, INC., has maintained its principal place of business in the State of Virginia since 2003.  See **Exhibit E**.

The Defendant, SUNRISE SENIOR LIVING INVESTMENTS, INC., is a corporation organized and existing under the laws of the State of Virginia, and has been since 2004.  SUNRISE SENIOR LIVING INVESTMENTS, INC. has maintained its principal place of business in Virginia since 2004.  See **Exhibit C**.

The Defendant, SUNRISE THIRD SENIOR LIVING HOLDINGS, LLC, is a Delaware Limited Liability Company established in 2003, whose members include: SUNRISE SENIOR LIVING INVESTMENTS, INC., a corporation organized and existing under the laws of the State of Virginia since 2004, which has maintained its principal place of business in the State of Virginia since 2004 (See  **Exhibit C**); and U.S. Assisted Living Facilities III, Inc., a corporation organized and existing under the laws of the State of Delaware since 2003, which had its principal place of business in the State of Georgia since 2003.  See **Exhibit F**.

The amount in controversy exceeds $75,000.00, exclusive of interest and costs.  In the complaint, Plaintiff alleges that Defendants' negligence and breach of contract caused Plaintiff severe and permanent injuries and was, and will be, hindered and prevented from attending to her usual duties and affairs of life, and was caused to suffer great pain and anguish from said injuries. Additionally, Plaintiff alleges that she expended large sums of money endeavoring to be cured and healed of said injuries and will continue to do so in the future. Plaintiff is seeking recovery of her medical bills and $750,000.00 for pain and suffering.

## II. Venue (Plaintiff's Position)

Plaintiff resided at Sunrise of Lincoln Park on and before December 25, 2005, and through January, 2007.  SEE EXHIBIT H.  During this period of time, Defendant's negligence caused

Plaintiff severe and permanent injury. As of December 25, 2005, and through January, 2007, Sunrise of Lincoln Park's address was 2710 North Clark Street, Chicago, Illinois in Cook County, Illinois. As a result, the events claimed by Plaintiff occurred within the Federal Northern District of Illinois, Eastern Division, and this action may be brought in this district.

Respectfully Submitted,

By:        s/  Derek T. Allen

*One of the attorneys for Plaintiff*

Gary D. McCallister & Associates, LLC
120 North LaSalle Street
Suite 2800 Chicago, Illinois 60602
(312) 345-0611

Pretzel & Stouffer, Chartered

By: _____ s/  Robert E. Sidkey

*One of the attorneys for Defendants*

Robert E. Sidkey (Illinois Bar No. 6271444)
Pretzel & Stouffer, Chartered
One South Wacker Drive-Suite 2500
Chicago, Illinois 60606
Telephone: (312) 578-7489
E-Mail: rsideky@pretzel-stouffer.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

A copy of the **Joint Jurisdictional Status Report and Affidavit of Defendants' Counsel, Robert E. Sidkey,** were filed electronically this **28th day of February**, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

**ATTORNEY FOR PLAINTIFF**
Derek T. Allen, Esq.
Law Offices of Steven J. Malman & Associates, P.C.
205 W. Randolph Street
Suite 1040
Chicago, Illinois 60606
Telephone: (312) 629-0099
Fax: (312) 629-1188
E-Mail:malmanlaw@yahoo.com

_/s/Robert E. Sidkey_
Robert E. Sidkey (Illinois Bar No. 6271444)
Pretzel & Stouffer, Chartered
One South Wacker Drive-Suite 2500
Chicago, Illinois 60606
Telephone: (312) 578-7489
Fax: (312) 346-8242
E-Mail: rsideky@pretzel-stouffer.com
Attorneys for Defendant

# EXHIBIT A



# 2007 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

207890855
12/10/2007

① CORPORATION NAME
Sunrise Senior Living, Inc

DUE DATE  **12/28/07**

② VA REGISTERED AGENT NAME AND OFFICE ADDRESS  P CORP
CT CORPORATION SYSTEM

CORPORATE ID  **F120069-2**

4701 COX RD STE 301

GLEN ALLEN, VA 23060-6802
③ CITY OR COUNTY OF VA REGISTERED OFFICE
143-HENRICO COUNTY

④ STATE OR COUNTRY OF INCORPORATION
DE-DELAWARE

⑤ STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 60,000,000 |
| PREFER | 9,970,000 |
| PREFJR | 30,000 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE  Carefully read the attached instruction sheet  Type or print in black only  If item ⑥ is blank or incorrect, you must add or change the principal office address where indicated  If item ⑦ is blank or incorrect, you must add or change the director and officer information where indicated

⑥ PRINCIPAL OFFICE ADDRESS

| ☒ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below |
|---|---|
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP |

⑦ DIRECTORS AND PRINCIPAL OFFICERS     All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank<br>☒ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below   ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER X  DIRECTOR ☐ | OFFICER ☐  DIRECTOR ☐ |
| NAME    THOMAS B NEWELL | NAME |
| TITLE    PRESIDENT | TITLE |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE

| *Richard J Nadeau* | Richard J Nadeau | 12/1/07 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER<br>LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing
+ 0156963 000000490 09SCCO
AF002V Rev 12 03 07

# 2007 ANNUAL REPORT CONTINUED

**DUE DATE. 12/28/07**

**CORPORATE ID. F120069-2**

⑦  DIRECTORS AND PRINCIPAL OFFICERS (continued)

All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank<br>☒ Information is correct ☐ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| **OFFICER ☒  DIRECTOR ☐** | **OFFICER ☐  DIRECTOR ☐** |
| NAME     CARL G ADAMS | NAME |
| TITLE    SR VP/T | TITLE |
| ADDRESS  7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP  MCLEAN, VA 22102 | CITY/ST/ZIP |

| Mark appropriate box unless area below is blank<br>☒ Information is correct ☐ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| **OFFICER ☒  DIRECTOR ☒** | **OFFICER ☐  DIRECTOR ☐** |
| NAME     PAUL J KLAASSEN | NAME |
| TITLE    CEO | TITLE |
| ADDRESS  7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP  MCLEAN, VA 22102 | CITY/ST/ZIP |

| Mark appropriate box unless area below is blank<br>☒ Information is correct ☐ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| **OFFICER ☒  DIRECTOR ☒** | **OFFICER ☐  DIRECTOR ☐** |
| NAME     TERESA M KLAASSEN | NAME |
| TITLE    CHF CULTRL OFFC | TITLE |
| ADDRESS  7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP  MCLEAN, VA 22102 | CITY/ST/ZIP |

| Mark appropriate box unless area below is blank<br>☐ Information is correct ☐ Information is incorrect ☒ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below ☐ Correction ☐ Addition ☒ Replacement |
|---|---|
| **OFFICER ☒  DIRECTOR ☐** | **OFFICER ☒  DIRECTOR ☐** |
| NAME     BRADLEY B RUSH | NAME  *Richard Nadeau* |
| TITLE    CFO | TITLE  *CFO* |
| ADDRESS  7902 WESTPARK DRIVE | ADDRESS  *7902 Westpark Drive* |
| CITY/ST/ZIP  MCLEAN, VA 22102 | CITY/ST/ZIP  *McLean, VA 22102* |

AF00ZW Rev 1 01/04

203790411
11/25/2003

# 2003 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

① CORPORATION NAME:
Sunrise Senior Living, Inc.

② VA REGISTERED AGENT NAME AND OFFICE ADDRESS:  P CORP
COMMONWEALTH LEGAL SERVICES CORPORATION
4701 COX RD STE 301
GLEN ALLEN, VA 23060-6802

③ CITY OR COUNTY OF VA REGISTERED OFFICE:
143-HENRICO COUNTY

④ STATE OR COUNTRY OF INCORPORATION:
DE-DELAWARE

DUE DATE:    12/31/03

CORPORATE ID:    F120069-2

⑤ STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 60,000,000 |
| PREFER | 9,970,000 |
| PREFJR | 30,000 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the attached instruction sheet. Type or print in black only. If item ⑥ is blank or incorrect, you must add or change the principal office address where indicated. If item ⑦ is blank or incorrect, you must add or change the director and officer information where indicated.

⑥ PRINCIPAL OFFICE ADDRESS:

| [X] Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:   7902 WESTPARK DRIVE | ADDRESS: |
| CITY/ST/ZIP:  MCLEAN, VA 22102 | CITY/ST/ZIP: |

⑦ DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank.<br>[X] Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below:  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER [X] DIRECTOR ☐ | OFFICER ☐ DIRECTOR ☐ |
| NAME:   THOMAS B NEWELL | NAME: |
| TITLE:   PRESIDENT | TITLE: |
| ADDRESS:   7902 WESTPARK DRIVE | ADDRESS: |
| CITY/ST/ZIP:  MCLEAN, VA 22102 | CITY/ST/ZIP: |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

*Julian Myers Benton VP*
PRINTED NAME AND CORPORATE TITLE

11/19/03
DATE

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing.

B 1211

# 2003 ANNUAL REPORT CONTINUED

**DUE DATE:** 12/31/03
**CORPORATE ID:** F120069-2

DIRECTORS AND PRINCIPAL OFFICERS (continued):    All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: [X] Information is correct [ ] Information is incorrect [ ] Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: [ ] Correction [ ] Addition [ ] Replacement |
|---|---|
| OFFICER [X] DIRECTOR [X] | OFFICER [ ] DIRECTOR [ ] |
| NAME: TERESA M KLAASSEN | NAME: |
| TITLE: EXEC. VP/S/T | TITLE: |
| ADDRESS: 7902 WESTPARK DRIVE | ADDRESS: |
| CITY/ST/ZIP: MCLEAN, VA 22102 | CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank: [X] Information is correct [ ] Information is incorrect [ ] Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: [ ] Correction [ ] Addition [ ] Replacement |
| OFFICER [X] DIRECTOR [X] | OFFICER [ ] DIRECTOR [ ] |
| NAME: JULIAN S MYERS | NAME: |
| TITLE: VP/COR COUN | TITLE: |
| ADDRESS: 7302 WESTPARK DR | ADDRESS: |
| CITY/ST/ZIP: MCLEAN, VA 22102 | CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank: [X] Information is correct [ ] Information is incorrect [ ] Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: [ ] Correction [ ] Addition [ ] Replacement |
| OFFICER [X] DIRECTOR [ ] | OFFICER [ ] DIRECTOR [ ] |
| NAME: CHRISTIAN B SLAVIN | NAME: |
| TITLE: EXEC VP/CFO | TITLE: |
| ADDRESS: 7902 WESTPARK DRIVE | ADDRESS: |
| CITY/ST/ZIP: MCLEAN, VA 22102 | CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank: [X] Information is correct [ ] Information is incorrect [ ] Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: [ ] Correction [ ] Addition [ ] Replacement |
| OFFICER [X] DIRECTOR [X] | OFFICER [ ] DIRECTOR [ ] |
| NAME: PAUL J KLAASSEN | NAME: |
| TITLE: CEO | TITLE: |
| ADDRESS: 7902 WESTPARK DRIVE | ADDRESS: |
| CITY/ST/ZIP: MCLEAN, VA 22102 | CITY/ST/ZIP: |

C1211

# 2003 Annual Report Continued

## Sunrise Senior Living, Inc., F120069-2

Officers and Directors Continued:

Julian Myers Brenton, Vice President
7902 Westpark Drive
McLean, VA 22102



95532597
05/18/1995



# 1995 ANNUAL REPORT–
### COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

**1** CORPORATION NAME:
SUNRISE ASSISTED LIVING, INC.

**CORPORATION ID:** F120069-2

**2** REGISTERED AGENT:        ATTY.
WILLIAM B. CAVE
701 North Fifth Street, Suite 100
Richmond, VA 23219

**3** STATE OR COUNTRY OF INCORPORATION:
DELAWARE

**4** CITY OR COUNTY (IN VIRGINIA)
OF THE REGISTERED OFFICE:
RICHMOND CITY

INSTRUCTIONS FOR FILLING OUT THIS REPORT ARE ON THE REVERSE SIDE

**6** ADDRESS OF THE CORPORATION'S PRINCIPAL OFFICE    (TYPE OR PRINT IN BLACK INK)

CORRECTIONS/ADDITIONS

9401 Lee Highway
Suite 300
Fairfax VA 22031

**5** STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 20,000,000 |
| PREFER | 10,000,000 |

**7** PRINCIPAL OFFICERS AND DIRECTORS        TYPE OR PRINT IN BLACK INK.

NAME/TITLE
ADDRESS
CITY/ST/ZIP

X
DELETE  OFFICER  DIRECTOR

CORRECTIONS

NAME    PAUL J KLAASSEN                        X  X
TITLE    PRESIDENT
ADDRESS  9401 LEE HIGHWAY SUITE 300
CITY/ST/ZIP  FAIRFAX VIRGINIA 22031

NAME/TITLE
ADDRESS
CITY/ST/ZIP
DELETE  OFFICER  DIRECTOR

CORRECTIONS

NAME    TERESA M KLAASSEN                      X  X
TITLE    VICE PRESIDENT
ADDRESS  9401 LEE HIGHWAY SUITE 300
CITY/ST/ZIP  FAIRFAX VIRGINIA 22031

NAME/TITLE
ADDRESS
CITY/ST/ZIP
DELETE  OFFICER  DIRECTOR

CORRECTIONS

NAME    DAVID FAEDER                           X  X
TITLE    SECRETARY-TREASURER
ADDRESS  9401 LEE HIGHWAY SUITE 300
CITY/ST/ZIP  FAIRFAX VIRGINIA 22031

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND THAT NONE OF IT IS FALSE IN ANY MATERIAL RESPECT.

SIGNATURE X _____    TITLE PRESIDENT  PRINTED NAME PAUL J. KLAASSEN    DATE 3/13/95

**THIS REPORT MUST BE SIGNED BY ANY OFFICER OR DIRECTOR LISTED ON THIS FORM.**

# EXHIBIT B



SERVICES       PROGRAMS       PRESS       PUBLICATIONS       DEPARTMENTS       CONTACT

## LLC FILE DETAIL REPORT

| Entity Name | SUNRISE LINCOLN PARK ASSISTED LIVING, L.L.C. | File Number | 00579475 |
|---|---|---|---|
| Status | VOLUNTARY DISSOLUTION | On | 03/23/2007 |
| Entity Type | LLC | Type of LLC | Domestic |
| File Date | 07/16/2001 | Jurisdiction | IL |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 07/16/2001 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | Principal Office | 7902 WESTPARK DR MCLEAN 22102 |
| Agent City | CHICAGO | Management Type | MBR |
| Agent Zip | 60604 | Dissolution Date | PERPETUAL |
| Annual Report Filing Date | 06/26/2006 | For Year | 2006 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

**Return to the Search Screen**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



# OFFICE OF THE SECRETARY OF STATE

**JESSE WHITE** • Secretary of State                    0057947-5

03/23/2007

C T CORPORATION SYSTEM
208 SO LASALLE ST, SUITE 814
CHICAGO, IL 60604-1101

RE  SUNRISE LINCOLN PARK ASSISTED LIVING, L.L.C.

DEAR SIR OR MADAM:

APPLICATION FOR DISSOLUTION HAS BEEN PLACED ON FILE, AND THE LIMITED
LIABILITY COMPANY CREDITED WITH THE REQUIRED FILING FEE.

SINCERELY YOURS,

JESSE WHITE
SECRETARY OF STATE

DEPARTMENT OF BUSINESS SERVICES
LIMITED LIABILITY COMPANY DIVISION
TELEPHONE (217)524-8008

JW:LLC

Form **LLC-35.15**
January 1999

Jesse White
Secretary of State
Department of Business Services
Limited Liability Company Division
Room 359, Howlett Building
Springfield, IL 62756
http://www.sos.state.il.us

*Payment may be made by business firm check payable to Secretary of State. (If check is returned for any reason this filing will be void.)*

**Illinois**
**Limited Liability Company Act**

ARTICLES OF DISSOLUTION

**Submit in Duplicate**
Must be typewritten

This space for use by Secretary of State

Date 3/23/2007
Assigned File #
Filing Fee        $100
Approved: 0057-947.5

This space for use by Secretary of State

**FILED**

MAR 23 2007

JESSE WHITE
SECRETARY OF STATE

1. Limited Liability Company name: Sunrise Lincoln Park Assisted Living, L.L.C.

2. Post office address to which may be mailed a copy of any process against the limited liability company that may be served on the Secretary of State.

   Attn: Legal Department, 7902 Westpark Drive

   McLean, VA 22102

3. File number assigned by the Secretary of State: 00579475

4. Federal Employer Identification Number (F.E.I.N.): 54-2059451

5. All debts, obligations, and liabilities of the limited liability company have been paid and discharged or adequate provision has been made therefor.

6. All remaining property and assets of the limited liability company have been distributed among the members in accordance with their respective rights and interest.

7. There are no suits pending against the company in any court or that adequate provision has been made for the satisfaction of any judgment, order, or decree that may be entered against it in any pending suit.

8. The undersigned affirms, under penalties of perjury, having authority to sign hereto, that this articles of dissolution is to the best of my knowledge and belief, true, correct and complete.

Dated January 11, 2007
(Month & Day)    (Year)

*Bradley B. Rush*
(Signature)

Bradley B. Rush, President
(Type or print Name and Title)

Sunrise Senior Living Investments, Inc., member
(If applicant is a company or other entity, state name of company and indicate whether it is a member or manager of the LLC.)

LLC-9.2

IL059 - C T System Online

# EXHIBIT C

# 2007 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

207431896
05/31/2007



① CORPORATION NAME
**Sunrise Senior Living Investments, Inc**

DUE DATE  **05/31/07**

② VA REGISTERED AGENT NAME AND OFFICE ADDRESS    P CORP
**CT CORPORATION SYSTEM**

CORPORATE ID   **0410231-5**

**4701 COX RD STE 301**

**GLEN ALLEN, VA 23060-6802**

③ CITY OR COUNTY OF VA REGISTERED OFFICE
**143-HENRICO COUNTY**

⑤ STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 1,000 |

④ STATE OR COUNTRY OF INCORPORATION
**VA-VIRGINIA**

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE   Carefully read the attached instruction sheet  Type or print in black only   If item ⑥ is blank or incorrect, you must add or change the principal office address where indicated   If item ⑦ is blank or incorrect, you must add or change the director and officer information where indicated

⑥ PRINCIPAL OFFICE ADDRESS

| ☒  Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below |
|---|---|
| ADDRESS      7902 WESTPARK DR | ADDRESS |
| CITY/ST/ZIP   MCLEAN, VA 22102 | CITY/ST/ZIP |

⑦ DIRECTORS AND PRINCIPAL OFFICERS    All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank ☐ Information is correct  ☐ Information is incorrect  ☒ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below   ☐ Correction  ☐ Addition  ☒ Replacement |
|---|---|
| **OFFICER ☒   DIRECTOR ☒** | **OFFICER ☒  DIRECTOR ☒** |
| NAME      PAUL J KLAASSEN | NAME  *CHRISTOPHER J. FEENEY* |
| TITLE      PRESIDENT | TITLE  *PRESIDENT / DIRECTOR* |
| ADDRESS   7902 WESTPARK DR | ADDRESS  *7902 WESTPARK DR* |
| CITY/ST/ZIP   MCLEAN, VA 22102 | CITY/ST/ZIP  *MCLEAN, VA 22102* |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

*James S. Pope  VP*
PRINTED NAME AND CORPORATE TITLE

*5/30/07*
DATE

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing

+ 0136401 000000062 09SCCO
AR002V Rev 10 01/06

# 2007 ANNUAL REPORT CONTINUED

**DUE DATE·** 05/31/07

**CORPORATE ID:** 0410231-5

⑦ DIRECTORS AND PRINCIPAL OFFICERS (continued)

All directors and principal officers must be listed
An individual may be designated as both a director and an officer

---

| Mark appropriate box unless area below is blank<br>☐ Information is correct  ☐ Information is incorrect  ☒ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below,  ☐ Correction  ☒ Addition  ☐ Replacement |
|---|---|
| **OFFICER ☒   DIRECTOR ☒** | **OFFICER ☒   DIRECTOR ☐** |
| NAME    THOMAS B NEWELL | NAME   CARL G ADAMS |
| TITLE    PRESIDENT | TITLE   VP/TREASURER |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS   7902 WESTPARK DRIVE |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP.   MCLEAN, VA 22102 |



| Mark appropriate box unless area below is blank<br>☒ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| **OFFICER ☒   DIRECTOR ☐** | **OFFICER ☐   DIRECTOR ☐** |
| NAME    JAMES S POPE | NAME |
| TITLE    VICE PRESIDENT | TITLE |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP |

| Mark appropriate box unless area below is blank<br>☐ Information is correct  ☐ Information is incorrect  ☒ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below  ☐ Correction  ☒ Addition  ☐ Replacement |
|---|---|
| **OFFICER ☒   DIRECTOR ☐** | **OFFICER ☒   DIRECTOR ☐** |
| NAME    BRADLEY B RUSH | NAME   SUSAN L TIMONER |
| TITLE    VICE PRESIDENT | TITLE   VP/ASSISTANT SECRETARY |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS   7902 WESTPARK DRIVE |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP   MCLEAN, VA 22102 |

| Mark appropriate box unless area below is blank<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below  ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| **OFFICER ☒   DIRECTOR ☐** | **OFFICER ☒   DIRECTOR ☒** |
| NAME    JOHN F GAUL | NAME   JOHN F GAUL |
| TITLE    SECRETARY | TITLE   VP/SECRETARY/DIRECTOR |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS   7902 WESTPARK DRIVE |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP   MCLEAN, VA 22102 |

AF00ZW Rev 1 01/04

# 2004 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

204381487
05/14/2004



① CORPORATION NAME
**Sunrise Senior Living Investments, Inc**

DUE DATE   **05/28/04**

② VA REGISTERED AGENT NAME AND OFFICE ADDRESS   P CORP
**CT CORPORATION SYSTEM**

**4701 COX RD STE 301**

**GLEN ALLEN, VA 23060-6802**

③ CITY OR COUNTY OF VA REGISTERED OFFICE
**143-HENRICO COUNTY**

④ STATE OR COUNTRY OF INCORPORATION
**VA-VIRGINIA**

CORPORATE ID   **0410231-5**

⑤ STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 1,000 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE   Carefully read the attached instruction sheet   Type or print in black only   If item ⑥ is blank or incorrect, you must add or change the principal office address where indicated   If item ⑦ is blank or incorrect, you must add or change the director and officer information where indicated

⑥ PRINCIPAL OFFICE ADDRESS

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below |
|---|---|
| ADDRESS   7902 WESTPARK DR | ADDRESS |
| CITY/ST/ZIP   MCLEAN, VA 22102 | CITY/ST/ZIP |

⑦ DIRECTORS AND PRINCIPAL OFFICERS     All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below  ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME   PAUL J KLAASSEN | NAME |
| TITLE   PRESIDENT | TITLE |
| ADDRESS   7902 WESTPARK DR | ADDRESS |
| CITY/ST/ZIP   MCLEAN, VA 22102 | CITY/ST/ZIP |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE

_Bradley B. Rush_                    BRADLEY B. RUSH, VICE PRESIDENT          05/03/2004
SIGNATURE OF DIRECTOR/OFFICER          PRINTED NAME AND CORPORATE TITLE              DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing
+ 0006373 00002676 09SCCS 0122461 P3P4
AR002V Rev 7 02/04

## 2004 ANNUAL REPORT CONTINUED

**DUE DATE    05/28/04**

**CORPORATE ID·  0410231-5**

⑦   DIRECTORS AND PRINCIPAL OFFICERS (continued)

All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below      ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
| NAME        THOMAS B NEWELL | NAME |
| TITLE        EXEC  VP | TITLE |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP   MCLEAN, VA 22102 | CITY/ST/ZIP |

| Mark appropriate box unless area below is blank<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below      ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
| NAME        JAMES S POPE | NAME |
| TITLE        VICE PRESIDENT | TITLE |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP   MCLEAN, VA 22102 | CITY/ST/ZIP |

| Mark appropriate box unless area below is blank<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below      ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
| NAME        CHRISTIAN B A SLAVIN | NAME |
| TITLE        EX VP | TITLE |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP   MCLEAN, VA 22102 | CITY/ST/ZIP |

| Mark appropriate box unless area below is blank<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below      ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME        TERRESA M KLAASSEN | NAME |
| TITLE        S/T | TITLE |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP   MCLEAN, VA 22102 | CITY/ST/ZIP |

AF00ZW Rev 1 01/04



# EXHIBIT D

# 2007 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

207501715
06/27/2007



① CORPORATION NAME
Sunrise Senior Living Services, Inc.    27  1. 12: 44

DUE DATE  **07/31/07**

② VA REGISTERED AGENT NAME AND OFFICE ADDRESS    P CORP
CT CORPORATION SYSTEM

4701 COX RD STE 301

GLEN ALLEN, VA 23060-6802

③ CITY OR COUNTY OF VA REGISTERED OFFICE
143-HENRICO COUNTY

④ STATE OR COUNTRY OF INCORPORATION
DE-DELAWARE

CORPORATE ID  **F114739-8**

⑤ STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE  Carefully read the attached instruction sheet  Type or print in black only  If item ⑥ is blank or incorrect, you must add or change the principal office address where indicated  If item ⑦ is blank or incorrect, you must add or change the director and officer information where indicated

⑥  PRINCIPAL OFFICE ADDRESS

| ☒  Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below |
|---|---|
| ADDRESS    7902 WESTPARK DR | ADDRESS |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP |

⑦  DIRECTORS AND PRINCIPAL OFFICERS    All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐ Information is correct  ☐ Information is incorrect  ☒ Delete information | and enter information below  ☐ Correction ☐ Addition ☒ Replacement |
| **OFFICER ☒  DIRECTOR ☐** | **OFFICER ☒  DIRECTOR ☒** |
| NAME    TIFFANY L TOMASSO | NAME    DANIEL SCHWARTZ |
| TITLE    PRESIDENT | TITLE    PRESIDENT/ DIRECTOR |
| ADDRESS    7902 WESTPARK DR | ADDRESS    7902 WESTPARK DR |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP    MCLEAN, VA 22102 |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

James S. Pope, VP
_____
PRINTED NAME AND CORPORATE TITLE

6/22/07
_____
DATE

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing
✦ 0341923 000000378 09SCCD
AR02V Rev 12 03/07

# 2007 ANNUAL REPORT CONTINUED

**DUE DATE: 07/31/07**

**CORPORATE ID: F114739-8**

⑦ DIRECTORS AND PRINCIPAL OFFICERS (continued)

All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank<br>☒ Information is correct ☐ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below ☐ Correction ☒ Addition ☐ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☐ | OFFICER ☒ DIRECTOR ☐ |
| NAME CARL G ADAMS | NAME SUSAN L TIMONER |
| TITLE T/VP | TITLE VP/ASSISTANT SECRETARY |
| ADDRESS 7902 WESTPARK DRIVE | ADDRESS 7902 WESTPARK DR |
| CITY/ST/ZIP MCLEAN, VA 22102 | CITY/ST/ZIP MCLEAN, VA 22102 |

| Mark appropriate box unless area below is blank<br>☐ Information is correct ☒ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below ☒ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☐ | OFFICER ☒ DIRECTOR ☒ |
| NAME JOHN F GAUYL | NAME JOHN F GAUL |
| TITLE S/VP | TITLE S/VP |
| ADDRESS 7902 WESTPARK DRIVE | ADDRESS 7902 WESTPARK DR |
| CITY/ST/ZIP MCLEAN, VA 22102 | CITY/ST/ZIP MCLEAN, VA 22102 |

| Mark appropriate box unless area below is blank<br>☐ Information is correct ☐ Information is incorrect ☒ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below ☐ Correction ☐ Addition ☒ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☐ | OFFICER ☒ DIRECTOR ☐ |
| NAME BRADLEY B RUSH | NAME JAMES S POPE |
| TITLE VICE PRESIDENT | TITLE VP |
| ADDRESS 7902 WESTPARK DR | ADDRESS 7902 WESTPARK DR |
| CITY/ST/ZIP MCLEAN, VA 22102 | CITY/ST/ZIP MCLEAN, VA 22102 |

| Mark appropriate box unless area below is blank<br>☐ Information is correct ☐ Information is incorrect ☒ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒ | OFFICER ☐ DIRECTOR ☐ |
| NAME TIFFANY L TOMASSO | NAME |
| TITLE DIRECTOR | TITLE |
| ADDRESS 7902 WESTPARK DR | ADDRESS |
| CITY/ST/ZIP MCLEAN, VA 22102 | CITY/ST/ZIP |

AF00ZW Rev 1 01/04



 0141923 000000376 09SCCO

# 2004 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

204510380
07/07/2004

① CORPORATION NAME
Sunrise Senior Living Services, Inc

DUE DATE **07/30/04**

② VA REGISTERED AGENT NAME AND OFFICE ADDRESS    P CORP
CT CORPORATION SYSTEM

CORPORATE ID **F114739-8**

4701 COX RD STE 301

GLEN ALLEN, VA 23060-6802

③ CITY OR COUNTY OF VA REGISTERED OFFICE
143-HENRICO COUNTY

④ STATE OR COUNTRY OF INCORPORATION
DE-DELAWARE

⑤ STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE   Carefully read the attached instruction sheet  Type or print in black only  If item ⑥ is blank or incorrect, you must add or change the principal office address where indicated  If item ⑦ is blank or incorrect, you must add or change the director and officer information where indicated

⑥ PRINCIPAL OFFICE ADDRESS

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below |
|---|---|
| ADDRESS      7902 WESTPARK DR | ADDRESS |
| CITY/ST/ZIP   MCLEAN, VA 22102 | CITY/ST/ZIP |

⑦ DIRECTORS AND PRINCIPAL OFFICERS          All directors and principal officers must be listed
                                            An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐ Information is correct    ☐ Information is incorrect   ☐ Delete information | and enter information below    ☐ Correction ☐ Addition ☐ Replacement |
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME      THOMAS B NEWELL | NAME |
| TITLE      PRESIDENT | TITLE |
| ADDRESS   7902 WESTPARK DR | ADDRESS |
| CITY/ST/ZIP   MCLEAN, VA 22102 | CITY/ST/ZIP |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE

*Bradley B. Rush*

SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT

BRADLEY B. RUSH, VICE PRESIDENT

PRINTED NAME AND CORPORATE TITLE

21 JUN 2004

DATE

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing

+ 0000267 000014648 09SCCS 0122461 P3P4
AF00ZV Rev 7 02 04

# 2004 ANNUAL REPORT CONTINUED

**DUE DATE· 07/30/04**

**CORPORATE ID: F114739-8**

⑦ DIRECTORS AND PRINCIPAL OFFICERS (continued)

All directors and principal officers must be listed
An individual may be designated as both a director and an officer

---

| Mark appropriate box unless area below is blank ☐ Information is correct ☐ Information is incorrect ☒ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below ☐ Correction ☒ Addition ☐ Replacement |
|---|---|
| **OFFICER ☒ DIRECTOR ☐** | **NAME** TIFFANY L. TOMASSO ~~NAME~~ |
| NAME   AUGUSTINE H KIM | TITLE VICE PRESIDENT |
| TITLE   VP/S | ADDRESS 7902 WESTPARK DRIVE |
| ADDRESS   7902 WESTPARK DR | CITY/ST/ZIP McLEAN, VIRGINIA 22102 |
| CITY/ST/ZIP   MCLEAN, VA 22102 | (OFFICER ☒ DIRECTOR ☐) |

| Mark appropriate box unless area below is blank ☐ Information is correct ☒ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below ☒ Correction ☐ Addition ☐ Replacement |
|---|---|
| **OFFICER ☒ DIRECTOR ☐** | **OFFICER ☐ DIRECTOR ☐** |
| NAME   MICHAEL J STEIN | NAME |
| TITLE   VICE PRESIDENT | TITLE SECRETARY |
| ADDRESS   7902 WESTPARK DR | ADDRESS |
| ~~CITY/ST/ZIP   MCLEAN, VA 22102~~ | ~~CITY/ST/ZIP~~ |

| Mark appropriate box unless area below is blank ☐ Information is correct ☐ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below ☐ Correction ☒ Addition ☐ Replacement |
|---|---|
| **OFFICER ☐ DIRECTOR ☐** | **OFFICER ☐ DIRECTOR ☐** |
| NAME | NAME JAMES S. POPE |
| TITLE | TITLE TREASURER |
| ADDRESS | ADDRESS 7902 WESTPARK DRIVE |
| CITY/ST/ZIP | CITY/ST/ZIP McLEAN, VIRGINIA 22102 |

| Mark appropriate box unless area below is blank ☐ Information is correct ☐ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below ☐ Correction ☒ Addition ☐ Replacement |
|---|---|
| **OFFICER ☐ DIRECTOR ☐** | **OFFICER ☒ DIRECTOR ☐** |
| NAME | NAME BRADLEY B. RUSH |
| TITLE | TITLE VICE PRESIDENT |
| ADDRESS | ADDRESS 7902 WESTPARK DRIVE |
| CITY/ST/ZIP | CITY/ST/ZIP McLEAN, VIRGINIA 22102 |

AF00ZW Rev 1 01/04

# EXHIBIT E

# 2007 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

207611058
08/10/2007

x

CLERK'S OFFICE



① CORPORATION NAME
Sunrise Senior Living Management~~2007 AUG 10  AM 11: 47~~

DUE DATE    08/31/07

② VA REGISTERED AGENT NAME AND OFFICE ADDRESS    P CORP
CT CORPORATION SYSTEM

CORPORATE ID    0221074-8

4701 COX RD STE 301

OPERATIONS

GLEN ALLEN, VA 23060-6802

③ CITY OR COUNTY OF VA REGISTERED OFFICE
143-HENRICO COUNTY

④ STATE OR COUNTRY OF INCORPORATION
VA-VIRGINIA

⑤ STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 10,000 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE    Carefully read the attached instruction sheet    Type or print in black only    If item ⑥ is blank or incorrect, you must add or change the principal office address where indicated    If item ⑦ is blank or incorrect, you must add or change the director and officer information where indicated

⑥  PRINCIPAL OFFICE ADDRESS

| ☒ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below |
|---|---|
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP |

⑦  DIRECTORS AND PRINCIPAL OFFICERS    All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐ Information is correct    ☐ Information is incorrect    ☒ Delete information | and enter information below    ☐ Correction ☐ Addition ☒ Replacement |
| **OFFICER ☒  DIRECTOR ☒** | **OFFICER ☒  DIRECTOR ☒** |
| NAME    BRADLEY B RUSH | NAME    DANIEL SCHWARTZ |
| TITLE    PRESIDENT | TITLE    PRESIDENT / DIRECTOR |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS    7902 WESTPARK DRIVE |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP    MCLEAN, VA 22102 |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

James S. Pope, VP
PRINTED NAME AND CORPORATE TITLE

7/16/07
DATE

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing
✦ 03144414 000000025 09SCC0

AR00ZV Rev 12 03/07

# 2007 ANNUAL REPORT CONTINUED

**DUE DATE** 08/31/07

**CORPORATE ID.** 0221074-8

All directors and principal officers must be listed
An individual may be designated as both a director and an officer

⑦  DIRECTORS AND PRINCIPAL OFFICERS (continued)

| Mark appropriate box unless area below is blank<br>☒ Information is correct ☐ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below ☐ Correction ☒ Addition ☐ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☐ | OFFICER ☒ DIRECTOR ☐ |
| NAME    CARL G ADAMS | NAME    MARY E EDMONDSON |
| TITLE    T/VP | TITLE    AS |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS    7902 WESTPARK DRIVE |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP    MCLEAN, VA 22102 |

| Mark appropriate box unless area below is blank<br>☒ Information is correct ☐ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☐ | OFFICER ☐ DIRECTOR ☐ |
| NAME    JAMES S POPE | NAME |
| TITLE    VICE PRESIDENT | TITLE |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP |

| Mark appropriate box unless area below is blank<br>☒ Information is correct ☐ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☐ | OFFICER ☐ DIRECTOR ☐ |
| NAME    SUSAN L TIMONER | NAME |
| TITLE    VP/AS | TITLE |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP |

| Mark appropriate box unless area below is blank<br>☐ Information is correct ☒ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below ☒ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☐ | OFFICER ☒ DIRECTOR ☒ |
| NAME    JOHN F GAUL | NAME    JOHN F GAUL |
| TITLE    S/V, | TITLE    S/VP/DIRECTOR |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS    7902 WESTPARK DRIVE |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP    MCLEAN, VA 22102 |

AF002W Rev 1 01/04

✦ 0144414 000000025 09SCCO

# 2003 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

203490588
07/15/2003

① CORPORATION NAME:
Sunrise Senior Living Management, Inc.

② VA REGISTERED AGENT NAME AND OFFICE ADDRESS: P CORP
COMMONWEALTH LEGAL SERVICES CORPORATION
4701 COX RD STE 301
GLEN ALLEN, VA 23060-6802

③ CITY OR COUNTY OF VA REGISTERED OFFICE:
143-HENRICO COUNTY

④ STATE OR COUNTRY OF INCORPORATION:
VA-VIRGINIA

DUE DATE:    08/29/03

CORPORATE ID:    0221074-8

⑤ STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 10,000 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the attached instruction sheet. Type or print in black only. If item ⑥ is blank or incorrect, you must add or change the principal office address where indicated. If item ⑦ is blank or incorrect, you must add or change the director and officer information where indicated.

⑥ PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:    7902 WESTPARK DRIVE | ADDRESS: |
| CITY/ST/ZIP:    MCLEAN, VA 22102 | CITY/ST/ZIP: |

⑦ DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☑Information is correct ☐ Information is incorrect ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒ | OFFICER ☐ DIRECTOR ☐ |
| NAME:    TIFFANY TOMASSO | NAME: |
| TITLE:    PRESIDENT | TITLE: |
| ADDRESS:    7902 WESTPARK DRIVE | ADDRESS: |
| CITY/ST/ZIP:    MCLEAN, VA 22102 | CITY/ST/ZIP: |

## I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Julie Myers Benton, Asst. Sec.
PRINTED NAME AND CORPORATE TITLE

7/16/03
DATE

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing.

B 1226

# 2003 ANNUAL REPORT CONTINUED

**DUE DATE:** 08/29/03
**CORPORATE ID:** 0221074-8

DIRECTORS AND PRINCIPAL OFFICERS (continued):     All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☑ Information is correct    ☐ Information is incorrect    ☐ Delete Information | and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER [x]  DIRECTOR [ ] | OFFICER [ ]  DIRECTOR [ ] |
| NAME:  THOMAS B NEWELL | NAME: |
| TITLE:  EXEC. VP | TITLE: |
| ADDRESS:  7902 WESTPARK DRIVE | ADDRESS: |
| CITY/ST/ZIP: MCLEAN, VA 22102 | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐ Information is correct    ☒ Information is incorrect    ☐ Delete Information | and enter information below: ☑ Correction  ☐ Addition  ☐ Replacement |
| OFFICER [x]  DIRECTOR [ ] | OFFICER [ ]  DIRECTOR [ ] |
| NAME:  JULIAN S MYERS ESQ | NAME: Julian Myers Banton |
| TITLE:  ASST SECRETARY | TITLE: Asst. Secretary |
| ADDRESS:  7902 WESTPARK DRIVE | ADDRESS: 7902 Westpark Drive |
| CITY/ST/ZIP: MCLEAN, VA 22102 | CITY/ST/ZIP: Mclean VA 22102 |

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☑ Information is correct    ☐ Information is incorrect    ☐ Delete Information | and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER [x]  DIRECTOR [ ] | OFFICER [ ]  DIRECTOR [ ] |
| NAME:  SUSAN L TIMONER | NAME: |
| TITLE:  ASST SECRETARY | TITLE: |
| ADDRESS:  7902 WESTPARK DRIVE | ADDRESS: |
| CITY/ST/ZIP: MCLEAN, VA 22102 | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☑ Information is correct    ☐ Information is incorrect    ☐ Delete Information | and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER [ ]  DIRECTOR [x] | OFFICER [ ]  DIRECTOR [ ] |
| NAME:  PAUL J KLAASSEN | NAME: |
| TITLE:  DIRECTOR | TITLE: |
| ADDRESS:  7902 WESTPARK DRIVE | ADDRESS: |
| CITY/ST/ZIP: MCLEAN, VA 22102 | CITY/ST/ZIP: |

C1226

# EXHIBIT F



# State of Delaware
The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search Delaware : [go]    Citizen Services | Business Services | Visitor Info

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions   View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | |
|---|---|---|
| File Number: | 3654711 | Incorporation Date / Formation Date: **05/05/2003** (mm/dd/yyyy) |
| Entity Name: | **SUNRISE THIRD SENIOR LIVING HOLDINGS, LLC** | |
| Entity Kind: | **LIMITED LIABILITY COMPANY (LLC)** | Entity Type: **GENERAL** |
| Residency: | **DOMESTIC** | State: **DE** |

**REGISTERED AGENT INFORMATION**

Name:        **THE CORPORATION TRUST COMPANY**

Address:     **CORPORATION TRUST CENTER 1209 ORANGE STREET**

City:        **WILMINGTON**          County:  **NEW CASTLE**

State:       **DE**          Postal Code:  **19801**

Phone:       **(302)658-7581**

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information  [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

Division of Corporations - Online Services



# State of Delaware
### The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search Delaware :          [GO]          Citizen Services | Business Services | Visitor Info

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions    View Search Results

## Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 3657978 | Incorporation Date / Formation Date: | 05/13/2003 (mm/dd/yyyy) |
| Entity Name: | US ASSISTED LIVING FACILITIES III, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 2711 CENTERVILLE ROAD SUITE 400 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19808 |
| Phone: | (302)636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information  [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

## OPERATING AGREEMENT OF
## SUNRISE THIRD SENIOR LIVING HOLDINGS, LLC

THIS OPERATING AGREEMENT (this *"Agreement"*) is made and entered into as of this 30th day of June, 2003 by and between SUNRISE SENIOR LIVING INVESTMENTS, INC., a Virginia corporation (*"Sunrise"*), having an address at 7902 Westpark Drive, McLean, Virginia 22102 (hereinafter sometimes referred to as the *"Managing Member"*), and US ASSISTED LIVING FACILITIES III, INC., a Delaware corporation having an address c/o Crescent Capital Investments, Inc., 75 Fourteenth Street, Atlanta, Georgia 30309 (the *"Investor Member"*) (the Managing Member and the Investor Member are hereinafter sometimes referred to collectively as the *"Members"* and individually as a *"Member"*).

### W I T N E S S E T H :

WHEREAS, the Managing Member formed the Company as a limited liability company on May 5, 2003; and

WHEREAS, the parties hereto desire to enter into this Agreement to continue the Company as a limited liability company under the provisions of the Delaware Limited Liability Company Act for the purposes hereinafter described and to set forth their respective rights, duties and responsibilities with respect to the Company.

NOW, THEREFORE, in consideration of the premises hereof, and of the mutual promises, obligations and agreements contained herein, the parties hereto, intending to be legally bound, do hereby agree as follows:

### Section 1.    Definitions.

For purposes of this Agreement, each of the following terms shall have the meaning hereinafter provided:

*"5% Return Account"* means, with respect to each Member as of any relevant date, the excess, if any, of (a) an amount equal to a cumulative return computed like simple interest at the rate of five percent (5%) per annum (determined monthly during each Fiscal Year) on the amount outstanding from time to time in such Member's Contribution Account from the Closing Date to such relevant date over (b) the aggregate amount of distributions made to such Partner prior to such relevant date pursuant to Section 9.1(a)(i) hereof.

*"11% Return Account"* means, with respect to each Member as of any relevant date, the excess, if any, of (a) an amount equal to a cumulative return computed like simple interest at the rate of eleven percent (11%) per annum (determined monthly during each Fiscal Year) on the amount outstanding from time to time in such Member's Contribution Account from the Closing Date to such relevant date over (b) (i) with respect to the Investor Member, the aggregate amount of distributions made to such Member prior to such relevant date pursuant to Sections 9.1(a)(i) and (ii) hereof or (ii)

1