263-063505                                TED/sxf
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON K. PAGEL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUNRISE SENIOR LIVING, INC., a Delaware )<br>Corporation; SUNRISE LINCOLN PARK )<br>ASSISTED LIVING, LLC, an Illinois Limited )<br>Liability Company; SUNRISE SENIOR LIVING )<br>SERVICES, INC., a Delaware Corporation; )<br>SUNRISE SENIOR LIVING MANAGEMENT, )<br>INC., a Virginia Corporation; SUNRISE SENIOR )<br>LIVING INVESTMENTS, INC., a Virginia )<br>Corporation; SUNRISE THIRD SENIOR LIVING )<br>HOLDINGS, LLC, a Delaware Limited Liability )<br>Company; SUNRISE ASSISTED LIVING , INC., )<br>a Corporation; and UNKNOWN AGENTS, )<br>SERVANTS AND/OR EMPLOYEES )<br>OF THE ABOVE-NAMED DEFENDANTS )<br>)<br>Defendants. ) | No. 08 CV 831<br><br>Judge Der Yeghiayan<br>Magistrate Judge Cox<br><br>JURY TRIAL DEMANDED |

## AFFIDAVIT OF DEFENDANTS' COUNSEL

Robert E. Sidkey, Esq, being first duly sworn on oath, deposes and states as follows:

1. I am an attorney and represent the defendants in this cause, SUNRISE SENIOR LIVING INC., formerly known as SUNRISE ASSISTED LIVING , INC., SUNRISE LINCOLN PARK ASSISTED LIVING, LLC, SUNRISE SENIOR LIVING SERVICES, INC., SUNRISE SENIOR LIVING MANAGEMENT, INC., SUNRISE SENIOR LIVING INVESTMENTS, INC., and SUNRISE THIRD SENIOR LIVING HOLDINGS, LLC.

2. I am Illinois panel counsel for the SUNRISE ASSISTED LIVING COMMUNITIES. I have personal knowledge of the corporate structure of Sunrise.

3. I have prepared the pleadings relating to the Joint Jurisdictional Status Report based upon my personal knowledge, communications with knowledgeable company representatives and conducting research on the issues.

4.     The facts contained in the Joint Jurisdictional Statement's allegations of citizenship are true and correct to the best of my knowledge.

5.     The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

                                                Respectfully submitted,

                                                s/Robert E. Sidkey  
                                                Robert E. Sidkey (Illinois Bar No. 6271444)  
                                                Pretzel & Stouffer, Chartered  
                                                One South Wacker Drive-Suite 2500  
                                                Chicago, Illinois 60606  
                                                Telephone: (312) 578-7489  
                                                E-Mail: rsideky@pretzel-stouffer.com  
                                                Attorneys for Defendant