IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON K. PAGEL,<br>　　　　　Plaintiff(s),<br><br>vs.<br><br>SUNRISE SENIOR LIVING, INC., a Delaware Corporation; SUNRISE LINCOLN PARK ASSISTED LIVING, L.L.C., an Illinois Limited Liability Company; SUNRISE SENIOR LIVING SERVICES, INC., a Delaware Corporation; SUNRISE SENIOR LIVING MANAGEMENT, INC., a Virginia Corporation; SUNRISE SENIOR LIVING INVESTMENTS, INC., a Virginia Corporation; SUNRISE THIRD SENIOR LIVING HOLDINGS, LLC., a Delaware Limited Liability Company; SUNRISE ASSISTED LIVING, INC, a Corporation; and UNKNOWN AGENTS, SERVANTS AND/OR EMPLOYEES OF THE ABOVE-NAMED DEFENDANTS<br><br>　　　　　Defendant(s). | NO.　08 CV 831<br><br>Judge Der Yeghiayan<br><br>Magistrate Judge Cox |

## AFFIDAVIT OF PLAINTIFF'S COUNSEL

Derek T. Allen, Plaintiff's attorney, being first duly sworn on oath, deposes and states as follows:

1. I am an attorney and represent the plaintiff in this cause, Sharon K. Pagel.

2. I have prepared the pleadings relating to the Joint Initial Status Report based upon my personal knowledge and communications with Plaintiff and Plaintiff's family.

3. The facts contained in the Joint Initial Status Report pertaining to the allegations of negligence and the injuries sustained by Plaintiff as a result thereof are true and correct to the best of my knowledge.

4. The allegations of negligence and violation of the Nursing Home Care Act are made in good faith, based on the records received and information obtained from the plaintiff and her family.

5. The Principal Legal Issues as stated are based upon our research into the pertinent facts and parties as known to date.

6. The Proposed Dates for Completion are our best estimates based upon the known facts and the presumed complexity of the legal issues.

                        Respectfully submitted,

                        s/Derek Allen
                        Derek Allen
                        Law Offices of Steven J. Malman
                        & Associates, P.C.
                        Attorney for Plaintiff
                        205 West Randolph Street
                        Suite 1040
                        Chicago, IL 60606
                        312-629-0099
                        email: malmanlaw@yahoo.com