**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>SHARON K. PAGEL,<br><br>v.<br>SUNRISE SENIOR LIVING, INC., ET AL | Case Number:<br><br>08 CV 831 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SUNRISE SENIOR LIVING, INC., ET AL

| | |
|---|---|
| NAME (Type or print)<br>Amy J. Thompson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Amy J. Thompson | |
| FIRM<br>PRETZEL & STOUFFER, CHARTERED | |
| STREET ADDRESS<br>One South Wacker Drive, Suite 2500 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06244011 | TELEPHONE NUMBER<br>(312) 578-7897 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐　NO X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐　APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

A copy of the **APPEARANCE,** was filed electronically this **11th day of March**, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

**ATTORNEY FOR PLAINTIFF**
Derek T. Allen, Esq.
Law Offices of Steven J. Malman & Associates, P.C.
205 W. Randolph Street
Suite 1040
Chicago, Illinois 60606
Telephone: (312) 629-0099
Fax: (312) 629-1188
E-Mail:malmanlaw@yahoo.com

    /s/Amy J. Thompson
Amy J. Thompson (Illinois Bar No. 6244011)
Pretzel & Stouffer, Chartered
One South Wacker Drive-Suite 2500
Chicago, Illinois 60606
Telephone: (312) 578-7897
Fax: (312) 346-8242
E-Mail: athompson@pretzel-stouffer.com
Attorneys for Defendant