IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON K. PAGEL,<br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>SUNRISE SENIOR LIVING, INC., a Delaware Corporation; SUNRISE LINCOLN PARK ASSISTED LIVING, L.L.C., an Illinois Limited Liability Company; SUNRISE SENIOR LIVING SERVICES, INC., a Delaware Corporation; SUNRISE SENIOR LIVING MANAGEMENT, INC., a Virginia Corporation; SUNRISE SENIOR LIVING INVESTMENTS, INC., a Virginia Corporation; SUNRISE THIRD SENIOR LIVING HOLDINGS, LLC., a Delaware Limited Liability Company; SUNRISE ASSISTED LIVING, INC, a Corporation; and UNKNOWN AGENTS, SERVANTS AND/OR EMPLOYEES OF THE ABOVE-NAMED DEFENDANTS<br><br>　　　　　　Defendant(s). | NO.  08 CV 831<br><br>Judge Der Yeghiayan<br><br>Magistrate Judge Cox |

## AMENDED JOINT INITIAL STATUS REPORT

1. **Nature of Claims and Counterclaims**

   Plaintiff has filed her complaint alleging that on December 25, 2005, while she was a resident at Sunrise Senior Living, defendant failed to properly administer her prescription medication and as a result, plaintiff overdosed when she attempted to self-administer her prescription medication. These claims are based upon negligence, breach of contract and the Illinois Nursing Home Care Act.

   Plaintiff also alleges that on and after January of 2007, the defendants failed to adequately examine Plaintiff for early signs of decubitus ulcers; failed to provide Plaintiff with adequate skin care that would be reasonably expected to reduce her risk of developing decubitus ulcers, and failed to transfer Plaintiff to a nursing home so that Plaintiff might receive a higher level of care for her decubitus ulcers. These claims are based upon negligence and the Illinois Nursing Home Care Act.

No counterclaims have been filed.

2. **Relief Sought by Plaintiff**
Plaintiff is seeking recovery of her medical bills and $750,000.00 for pain and suffering.

3. **Names of Parties Not Served**
All parties have been served.

4. **Principal Legal Issues**
   a. Whether Defendants were negligent in the manner in which they administered prescription medication to Plaintiff.
   b. Whether Defendants were negligent in the manner in which they provided care for Plaintiff's skin issues.
   c. Whether Defendants were required to transfer the plaintiff to a nursing home.
   d. Whether Sunrise Senior Living Management, Inc., is the only properly named defendant.

5. **Principal Factual Issues**
See 4 above.

6. **Pending Motions and Bases for Motions**
There are no motions currently pending.

7. **Discovery Requested and Exchanged**
No discovery has been exchanged.

8. **Discovery Needed**
Written and oral discovery will be required.

9. **Proposed Dates for Completion**

| | |
|---|---|
| 26(a)1 disclosures | complete by 4/1/08 |
| Depositions of Plaintiff/Family Members | complete by 5/15/08 |
| Depositions of Staff Members | complete by 9/15/08 |
| Depositions of Disclosed Treating Physicians | complete by 11/15/08 |
| Plaintiff's Experts' Report | complete by 12/15/08 |
| Deposition of Plaintiff's Experts | complete by 1/15/09 |
| Defendants' Experts' Report | complete by 3/1/09 |
| Defendants' Experts' Depositions | complete by 4/1/09 |
| Filing of Final Pretrial Order | complete by 6/1/09 |

10. **Estimation of Trial Start Date**
Parties should be ready for trial by June, 2009.

11. **Probable Length of Trial**
    The trial should last approximately two weeks.

12. **Jury Demand**
    Defendant has requested a trial by jury.

13. **Settlement Discussion**
    There have been no settlement discussions.

14. **Consent to Proceed before Magistrate Judge**
    There is unanimous consent to proceed before a Magistrate Judge.

s/Derek Allen
Derek Allen - Lead Trial Attorney
Steven J. Malman
Law Offices of Steven J. Malman
& Associates, P.C.
Attorney for Plaintiff
205 West Randolph Street
Suite 1040
Chicago, IL 60606
312-629-0099
email: malmanlaw@yahoo.com

s/Daniel Mills
Daniel Mills – Lead Trial Attorney
Robert Sidkey
Pretzel & Stouffer, Chartered
Attorney for Defendants
One South Wacker Drive
Suite 2500
Chicago, IL 60606
312-346-1973
email: rsidkey@pretzel-stouffer.com

## CERTIFICATE OF SERVICE

I, Derek T. Allen hereby certify that, in accordance with Fed. R. Civ. P. 5. LR5.5 and the General Order on Electronic Case Filing (ECF) the following document: **AMENDED JOINT INITIAL STATUS REPORT** was served pursuant to the District Court's ECF system as to ECF filers and sent by first class mail on this 11th day of March, 2008, to:

Robert Sidkey
Pretzel & Stouffer, Chartered
Attorney for Defendants
One South Wacker Drive
Suite 2500
Chicago, IL 60606
312-346-1973
email: rsidkey@pretzel-stouffer.com

s/Derek T. Allen
Attorney for Plaintiff
Law Offices of Steven J. Malman
& Associates, P.C.
205 W. Randolph St., Suite 1040
Chicago, Illinois 60606
Telephone: (312) 629-0099
Fax: (312) 629-1188
Email: malmanlaw@yahoo.com