UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Sharon K. Pagel
                      Plaintiff,

v.                                           Case No.: 1:08−cv−00831
                                           Honorable Samuel Der−Yeghiayan

Sunrise Senior Living, Inc., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 12, 2008:

      MINUTE entry before Judge Samuel Der−Yeghiayan : Status hearing held on 3/12/2008. As stated on the record, counsel advised the Court that the parties have agreed to consent to proceed before the Magistrate Judge. Counsel are directed to complete the appropriate Consent to Exercise of Jurisdiction by a United States Magistrate Judge and to deliver it to this Court's Courtroom Deputy in room 1903 by 03/14/08. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.