UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Sharon K. Pagel

                Plaintiff,

v.                                                 Case No.: 1:08−cv−00831
                                                   Honorable Susan E. Cox

Sunrise Senior Living, Inc., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 17, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held. The parties are to meet and confer and submit a proposed discovery plan which should include expert discovery deadlines and plans for electronic discovery. Parties are to indicate the items to which they are unable to reach agreement. The proposed discovery plan should be submitted to this Court's proposed order box on the District Courts web site at www.ilnd.uscourts.gov by 4/24/08. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.