UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Sharon K. Pagel
                                    Plaintiff,
v.                                                          Case No.: 1:08−cv−00831
                                                            Honorable Susan E. Cox
Sunrise Senior Living, Inc., et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

MINUTE entry before the Honorable Susan E. Cox: The parties having submitted an agreed discovery plan, the discovery schedule is as follows: Rule 26(a)1 disclosures by 4/1/08. Plaintiff/family members by 6/1/08. Staff members by 9/15/08. Treating physicians by 12/15/08. Plaintiff's expert report by 1/15/09. Deposition of plaintiff's experts by 2/28/09. Defendant's expert report by 4/15/09. Deposition of defendant's experts by 5/15/09. Any dispositive motions to be filed by 6/15/09. Status hearing set for 8/11/08 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.