# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Sharon K. Pagel

                                Plaintiff,

v.                                                                 Case No.: 1:08−cv−00831

                                                                           Honorable Susan E. Cox

Sunrise Senior Living, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 11, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held 8/11/08. Discovery schedule is modified as follows: Plaintiff/family members to be deposed by 9/15/08. Staff members to be deposed by 11/15/08. Remaining deadlines to stand. Status hearing set for 11/24/08 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.