# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Sharon K. Pagel

                                                    Plaintiff,

v.                                                                                           Case No.: 1:08−cv−00831
                                                                                                    Honorable Susan E. Cox

Sunrise Senior Living Management, Inc., et al.

                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 11, 2009:

       MINUTE entry before the Honorable Susan E. Cox: Status hearing held. Plaintiff's oral motion to dismiss the above−entitled cause of action based on the settlement agreement is granted. Civil case terminated. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.