## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Sharon K. Pagel

                                        Plaintiff,

v.                                                            Case No.: 1:08−cv−00831
                                                                              Honorable Susan E. Cox

Sunrise Senior Living Management, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 12, 2009:

      MINUTE entry before the Honorable Susan E. Cox: This Court's order entered 3/11/09, document #40, dismissed this case based on a settlement agreement. The order is amended to reflect that both Plaintiff's and Defendants' counsel stipulated to allow Plaintiff to non−suit the case without prejudice. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.